UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANICE L. NICHOLS and
DUSTIN SARLO,

    Plaintiffs,

v.                                    CASE NO: 8:03-cv-1998-T-23MSS

BRIAN F. BUTLER, M.D., et al.,

    Defendants.
_____/

## ORDER

Brian F. Butler, M.D., and Radiology Associates of West Florida, M.D., P.A., ("RAWF") move (Doc. 52) to continue the action and to extend discovery deadlines. The United States of America opposes the motion. The motion argues that the plaintiffs intend to supplement the complaint with allegations that will change the "entire dynamic and substance of this lawsuit." However, the plaintiffs have not yet moved to supplement the complaint. Accordingly, no cause currently exists to extend deadlines in this action. The motion to continue is **DENIED.**

Butler and RAWF move (Doc. 53) *in limine* to preclude any party from presenting evidence that Butler failed to properly interpret a June 24, 2002, X-ray of Kassie A. Nichols ("Kassie"). The motion argues that evidence of Butler's interpretation is prejudicial, fails to support a claim for medical malpractice, and is unrelated to the plaintiffs' allegations. The plaintiffs argue that evidence of Butler's interpretation is not

Case 8:03-cv-01998-SDM-MSS   Document 58   Filed 06/29/05   Page 2 of 2 PageID 1993

- 2 -

offered to prove an element of the medical malpractice action.  Further, the plaintiffs argue that the evidence is relevant and material to Kassie's medical recovery and therefore to the issue of damages.  The motion *in limine* fails to provide sufficient support for exclusion of evidence at this stage.  Fed. R. Evid. 401, 401 ("'Relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.  All relevant evidence is admissible.").  The *in limine* motion to exclude evidence of Butler's interpretation of the June 24, 2002, X-ray is **DENIED**.

Butler and RAWF's unopposed motion (Doc. 55) to amend the answer and defenses is **GRANTED**.  Butler and RAWF will file a signed amended answer on or before **July 11, 2005**.

ORDERED in Tampa, Florida, on June 29, 2005.

/s/ Steven D. Merryday
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy