UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANICE L. NICHOLS and DUSTIN SARLO,
individually, as parents, guardians
and next-of-kin on behalf of their
daughter, KASSIE A. NICHOLS, a minor,

      Plaintiffs,

vs.                                    Case No. 8:03-cv-1998-T-23MSS

BRIAN F. BUTLER, M.D.,
RADIOLOGY ASSOCIATES OF
WEST FLORIDA, M.D., P.A.,
a Florida corporation and the
UNITED STATES OF AMERICA,

      Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court for consideration of Defendant, the United States

of America's Emergency Motion (Dkt. 80) for Order Directing Counsel to Cease Further Discovery

(the "Emergency Motion"). The United States asks the Court to issue an Order directing counsel for

Plaintiffs and counsel for Defendants Butler and Radiology Associates of West Florida. M.D., P.A.

to cease all further discovery, including but not limited to, the recently noticed depositions of

Richard T. Katz. M.D. and Joel Sokolik, M.D., set outside the discovery period. which has not been

extended. which notice was not served in accordance with the requirements of Fed. R .Civ. P. 35 or

the guidelines provided in the Middle District Discovery Handbook, (II)(A)(1) (September 4, 2001).

The Undersigned finds that the Government is correct on each point raised in its Emergency Motion.

Accordingly, the Emergency Motion (Dkt. 80) is **GRANTED**. The notices of deposition as to Richard T. Katz, M.D. and Joel Sokolik, M.D. are quashed. No further discovery may be taken in this case unless and until the Court resolves the Motion for Continuance (Dkt. 79), which shall be resolved by separate order upon receipt and consideration of appropriately filed responses.

**DONE and ORDERED** in Tampa, Florida on this 23rd day of August 2005.

Mary S. Scriven
United States Magistrate Judge

Copies to:
Counsel of Record
Judge Steven D. Merryday