UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANICE L. NICHOLS and
DUSTIN SARLO,

    Plaintiffs,

v.                                                       CASE NO: 8:03-cv-1998-T-23MSS

BRIAN F. BUTLER, M.D., et al.,

    Defendants.
_____/

**ORDER**

    The plaintiffs, on behalf of their daughter Kassie Nichols, sue Radiology Associates of West Florida, M.D., P.A., East Pasco Medical Center, Inc., and Drs. Tatoy, Tuli, and Butler for medical malpractice.  Pursuant to the Federally Supported Health Centers Assistance Act, the United States was substituted as the defendant in place of Drs. Tatoy and Tuli.  The Federal Tort Claims Act (FTCA) governs claims against the United States.  The United States moves (Doc. 37) to dismiss or, alternatively, for summary judgment and argues that the FTCA's two-year statute of limitation bars the plaintiff's action against the United States.  United States Magistrate Judge Mary S. Scriven recommends (Doc. 70) that the Court deny the United States' motion.  The United States objects (Doc. 76) to Judge Scriven's recommendation, and the plaintiffs respond (Doc. 81) to the objection.

    After review of the parties' memoranda (Docs. 37, 45, 76, 81) and Judge Scriven's report and recommendation (Doc. 70), the Court finds that the United States

fails to demonstrate the absence of a genuine issue of material fact about whether the FTCA's statute of limitation bars the plaintiff's claim against the United States. Accordingly, the United States' objections (Doc. 76) are **OVERRULED**, and Judge Scriven's recommendation (Doc. 70) is **ADOPTED**.  The United States' motion (Doc. 37) to dismiss or, alternatively, for summary judgment is **DENIED**.

Judge Scriven issued an order (Doc. 97) cancelling the pretrial conference and extending the discovery deadline to March 31, 2006.  Accordingly, the case is removed from the October, 2005, trial calendar, and the defendants' motions *in limine* (Docs. 63, 66) are **DENIED** as premature.

The case management and scheduling order (Doc. 16) is amended as follows:

Discovery Cut-Off  -  **March 31, 2006**
Dispositive Motion Filing  - **May 1, 2006**

A  pretrial conference will be held before Magistrate Judge Mary S. Scriven on **July 11, 2006**, at 10:00 a.m.

This case is set for trial in during the **August, 2006**, trial term commencing **July 31, 2006**, before the Honorable Steven D. Merryday.

The requirements and deadlines of the case management and scheduling order are otherwise unaffected.

ORDERED in Tampa, Florida, September 28, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
    Courtroom Deputy